United States District Court
Southern District of Texas

**ENTERED**

June 01, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| FRANCISCO JAVIER VAQUERA GALVAN, | § § | CIVIL ACTION NUMBER 4:26-cv-03097 |
| Petitioner, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RAYMOND THOMPSON, | § | |
| *et al*, | § | |
| Respondents. | § | |

**ORDER ON DISMISSAL**

Pending is a motion by the Government to dismiss this action as moot because an immigration judge has granted an application by Petitioner for voluntary departure. Dkt 7; see also Dkt 7-1 at 3 (IJ order).

Petitioner was ordered to make a filing by May 29, 2026, stating a position as to whether this action may be dismissed. Dkt 8. The response confirms that Petitioner was released from custody upon voluntary return to Mexico. Dkt 9 at 1. Counsel nonetheless suggests that cessation of custody hasn't mooted this action and requests a determination as to "whether his release was lawful or coerced" by the immigration judge. Id at 2.

No citation of law supports Petitioner's requested relief. Likewise, no evidence of record supports the putative concerns noted by counsel. To the contrary, the IJ order notes that Petitioner himself made application for voluntary departure. Dkt 7-1 at 3.

Proceedings on *habeas corpus* test only the legality of detention by the Government. The challenged detention having now concluded, no live claims remain in this action.

Jurisdiction is thus lacking. See *Chavez-Gallegos v Castro*, 2020 WL 13556697, *2 (WD Tex): "Other courts have found that a petitioner's release from custody and subsequent voluntary departure renders a habeas petition moot."

The motion by the Government to dismiss the petition as moot is GRANTED. Dkt 7.

The petition for writ of *habeas corpus* by Petitioner Francisco Javier Vaquera Galvan is DENIED AS MOOT. Dkt 1.

This action is DISMISSED WITHOUT PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on ___June 01, 2026___ , at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

2